UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CAMERON,<br>**Plaintiff**<br><br>-v-<br><br>COACH APPARELSTORE, ET AL.,<br><br>**Defendant s** | Case No.  07 CV 3991 (BSU)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Coach Apparel Store__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Coach,Inc. sued herein as Coach Apparel Store is a publicly held company.

Date:  July 27, 2007

Signature of Attorney —Jon Quint

Attorney Bar Code:  JQ7874

Form Rule7_1.pdf