```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KENNETH CAMERON,

              Plaintiff,

    - against -

COACH APPAREL STORE, et al.,

             Defendants.
------------------------------------x

07 Civ. 3991 (BSJ)(DFE)

This is not an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    On December 17, 2007, the Coach defendants made a motion to Judge Jones for judgment on the pleadings and the City defendants made a motion to Judge Jones for summary judgment.

    By letter to me dated January 2, 2008, Mr. Cameron requests an extension until January 28 to serve and file his papers opposing the motions. I hereby grant this request. By January 28, 2008, Mr. Cameron must mail his opposing papers to Judge Jones (and mail a copy to Mr. Quint, and mail a copy to Ms. Chen). By February 14, 2008, defendants may submit any reply papers to Judge Jones (and mail a copy to Mr. Cameron).

    All future correspondence should be addressed to Judge Jones. Until she rules on the motions, I have no further role in this case.

                                  /s/ Douglas F. Eaton
                                  _____
                                  DOUGLAS F. EATON
                                  United States Magistrate Judge
                                  500 Pearl Street, Room 1360
                                  New York, New York 10007
                                  Telephone: (212) 805-6175
                                  Fax: (212) 805-6181

Dated:    New York, New York
            January 4, 2008


Copies of this Memorandum and Order are being sent to:

-1-

Kenneth Cameron
#05-R-1883
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902-0500

Jon Quint, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486

Caroline Chen, Esq.
City of New York Law Department
100 Church Street
New York, NY 10007

Hon. Barbara S. Jones