UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KENNETH CAMERON,

               Plaintiff,

    - against -

COACH APPAREL STORE, et al.,

               Defendants.
------------------------------------x

07 Civ. 3991 (BSJ)(DFE)

This is not an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    On February 14, 2008, I received plaintiff's undated letter to me postmarked February 11. Plaintiff has filed several cases in our Court. His letter to me does not refer to 07 Civ. 3991; it refers to his case against Commissioner Goord, 07 Civ. 1292(TPG). In that case, I am the "designated" Magistrate Judge, but I have no jurisdiction whatsoever unless and until District Judge Griesa chooses to issue an Order of Reference. He has not done so. Accordingly, he will handle all aspects of that case on his own, including plaintiff's pending motions. If plaintiff has any questions about that case, he should write to the Pro Se Office.

                                                _____
                                                DOUGLAS F. EATON
                                                United States Magistrate Judge
                                                500 Pearl Street, Room 1360
                                                New York, New York 10007
                                                Telephone: (212) 805-6175
                                                Fax: (212) 805-6181

Dated:    New York, New York
           February 14, 2008

-1-

Copies of this Memorandum and Order are being sent to:

Kenneth Cameron
#05-R-1883
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902-0500

Jon Quint, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486

Caroline Chen, Esq.
City of New York Law Department
100 Church Street
New York, NY 10007

Pro Se Office
U.S. District Courthouse
500 Pearl Street, Room 230
New York, New York 10007

Hon. Barbara S. Jones